

# NUMBER 13-22-00114-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**RUBEN PEREZ III,**                                                                     **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                 **Appellee.**

---

### On appeal from the 214th District Court
### of Nueces County, Texas.

---

## ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Order Per Curiam**

This cause is before the Court on its own motion. Appellant, Ruben Perez III, has filed a notice of appeal with this Court from his conviction in trial court cause number 21FC-1447F. Upon review, the record contains a trial court's certification of the defendant's right to appeal, filed July 12, 2021, indicating this is a plea bargain case, and the defendant has NO right to appeal. *See* TEX. R. APP. P. 25.2(a)(2). The record does

not contain a new trial court certification related to the revocation proceedings being appealed.

Therefore, we abate this appeal and remand this cause to the trial court for a hearing to determine (1) whether the trial court's certification of appealability entered simultaneously with the original plea documents is still correct and (2) whether the appellant has the right to appeal the conviction resulting from the later revocation proceeding. The trial court is directed to either file a new trial court's certification of defendant's right to appeal or to issue findings of fact and conclusions of law regarding these issues. The trial court's certification or its findings, along with any orders it enters, shall be included in a supplemental clerk's record. The trial court is directed to cause the supplemental clerk's record to be filed with the Clerk of this Court within thirty days of the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
25th day of May, 2022.